UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.B., et al., | |
|       Plaintiffs, | 23-CV-961 (ALC) (BCM) |
|  -against- | **ORDER** |
| NEW YORK CITY DEPARTMENT OF EDUCATION, | |
|       Defendant. | |

**BARBARA MOSES, United States Magistrate Judge.**

    In light of defendant's letter dated September 21, 2023, informing the Court that a settlement has been reached and requesting 30 days to submit an executed stipulation of voluntary dismissal (Dkt. 13), the case management conference scheduled for October 5, 2023 is ADJOURNED *sine die*. If the parties have not filed a stipulation of dismissal by **October 23, 2023**, they shall, on that date, update the Court via joint letter on their progress towards finalizing the settlement.

Dated: New York, New York
       October 3, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**